UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>MANWIN USA, INC., and MANWIN D.P. CORP.<br><br>    Defendants. | CIVIL ACTION NO.  2:13-cv-00400-JRG<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS MANWIN USA, INC.'S AND MANWIN D.P. CORP.'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE P. 7.1

   Defendants Manwin USA, Inc. and Manwin D.P. Corp. (collectively "Defendants") hereby state that their parent company is Manwin Holdings USA Corp., which is wholly owned by Manwin Licensing International S.a.r.l.  No publicly held corporation owns 10% or more of Defendants' stock.

Dated: August 23, 2013     Respectfully submitted,

                           By:  */s/ Andrew W. Stinson*

                           Frank M. Gasparo (Admitted Pro Hac Vice)
                           Venable LLP
                           1270 Avenue of the Americas
                           Twenty-Fourth Floor
                           New York, New York 10020
                           Telephone:  (212) 307-5500
                           Facsimile:  (212) 307-5598
                           fmgasparo@venable.com

>Andrew W. Stinson
>State Bar No. 24028013
>RAMEY & FLOCK PC
>100 East Ferguson, Suite 500
>Tyler, Texas 75702
>Telephone:  (903) 597-3301
>Facsimile:  (903) 597-2413
>astinston@rameyflock.com
>
>ATTORNEYS FOR DEFENDANTS MANWIN USA, INC. and MANWIN D.P. CORP.

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 23, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>*/s/ Andrew W. Stinson*
>Andrew W. Stinson